UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOUGLAS GIBSON; HOLLY NOEL SHORTAL; EMERALD MAYANN GIBSON, and AIDAN FORREST GIBSON, minors, by and through their Guardian Ad Litem, DOUGLAS GIBSON,

    Plaintiffs,

  v.

FEDEX CORPORATION; UNITED STATES OF AMERICAN, DEPARTMENT OF VETERANS AFFAIRS,

    Defendants.

No. 2:09-cv-01738-MCE-KJM

MEMORANDUM AND ORDER

----oo0oo----

By Memorandum and Order filed October 29, 2009, the Court granted the Motion to Dismiss brought by Defendant Fedex Corporation, but granted Plaintiffs twenty (20) days within which to filed a Second Amended Complaint if they chose to do so. The Court's October 29 Order specifically warned Plaintiffs that if no amended complaint was filed within the said twenty (20)-day period, the action would be dismissed as against Defendant Fed Ex, with prejudice, and without further notice.

1

No amended pleading was filed within the requisite period. Accordingly, Plaintiffs' claims against Defendant Fed Ex Corporation are hereby dismissed in their entirety, with prejudice.  This action remains ongoing only as to the remaining Defendant, the United States Department of Veteran Affairs.

IT IS SO ORDERED.

Dated: December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE