```
1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11  DOUGLAS GIBSON, HOLLY NOEL           No. 2:09-cv-01738-MCE-KJM
    SHORTAL, EMERALD MAYANN
12  GIBSON, and AIDAN FORREST
    GIBSON, minors, by and through
13  their Guardian Ad Litem,
    DOUGLAS GIBSON,
14
                Plaintiffs,
15
         v.                              MEMORANDUM AND ORDER
16
    FEDEX CORPORATION, UNITED
17  STATES OF AMERICA, DEPARTMENT
    OF VETERANS AFFAIRS,
18
                Defendants.
19
20                              ----oo0oo----
```

21   The heirs of decedent Noelle Ann Gibson ("Decedent"),
22 Plaintiffs Douglas Gibson, Holly Noel Shortal, Emerald Mayann
23 Gibson, and Aiden Forrest Gibson ("Plaintiffs"), have brought
24 suit for allegations of negligence and violations of federal law
25 resulting in Decedent's death.  They seek monetary damages from
26 the United States of America ("Defendant") for claims brought
27 under the Federal Tort Claims Act, 28 U.S.C. § 2817 et seq. (the
28 "FTCA").

1

Defendant has moved to dismiss Plaintiffs' Second Amended Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1),[1] and for failure to state a claim upon which relief may be granted under Rule 12(b)(6).  As Defendant rightly points out in their motion, Plaintiffs' Second Amended Complaint is nearly identical to their First Amended Complaint save a few differences, none of which materially alter the nature of Plaintiff's allegations.  The Second Amended Complaint also fails to precisely address the issues the Court raised in its previous Order dismissing the First Amended Complaint (ECF No. 34).

As such, Defendant's Motion to Dismiss (ECF No. 36) is GRANTED without further leave to amend.  The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise noted, all further references to Rule or Rules are to the Federal Rules of Civil Procedure.